LOUIS FELESKY v. THE STATE.

No. 7893. Decided December 12, 1923.

Rehearing denied January 16, 1924.

Theft—Companion Case—Practice on Appeal.

Where, upon trial of theft, the facts were similar to those in the companion case and supported defendant's conviction, there is no reversible error.

Appeal from the District Court of Dallas. Tried below before the Honorable C. A. Pippen.

Appeal from a conviction of theft; penalty, two years imprisonment in the penitentiary.

*Ballowe & King,* for appellant.

*Tom Garrard* and *Grover C. Morris,* Assistants Attorney General.

MORROW, PRESIDING JUDGE.—The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years.

This is a companion case to Pinselgold v. State, No. 7892, recently decided. The appellant, Pinselgold and Bauer, acting together, engaged to purchase three empty boxes, but loaded on their wagon two additional boxes containing thirty-six suits of cloths and other merchandise.

The evidence is sufficient to show the intent to commit the theft at the time of the taking.

There was no objection made to the evidence received, or complaint of the court's charge.

The judgment is affirmed.

*Affirmed.*

[Rehearing denied January 16, 1924.—REPORTER.]